William J. Sherman, Plaintiff in Error, vs. City of St. Augustine, a municipal corporation under the laws of the State of Florida, Defendant in Error.

Writ of error to Circuit Court St. Johns county.

*W. W. Dewhurst*, for Plaintiff in Error.

*A. W. Cockrell & Son*, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed. (Mr. Justice Carter, dissenting.)

Decision Per Curiam.

Application for rehearing denied January 12, 1899.